AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
Erick Osiel Sanchez Vasquez

*Defendant(s)*

Case No. 5:26-MJ-2875

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 9, 2026 in the county of Webb in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

See Attachment for additional details

☑ Continued on the attached sheet.

s/Jamie Johnson
*Complainant's signature*

Jamie Johnson, FBI Speical
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1:

Date: August 10, 2026

Diana Song Quiroga
*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

Print | Save As... | Attach | Reset

**Of animals do you see I'm lucky excuse knowAttachment**

I, Federal Bureau of Investigation Special Agent Jamie Johnson, declare and state as follows:

1. On August 9, 2026, United States Border Patrol Agent (BPA) Jackson Porter was performing his official duties in the Laredo South, Zone 7, patrol area in Laredo, Texas. BPA Porter was driving in a marked Border Patrol vehicle and wearing a green Border Patrol uniform with law enforcement patches and insignia.
2. The "Tex Mex" lower road is an area known to law enforcement as an illegal crossing route from Mexico into the United States. At approximately 1:30 a.m., BPA Jackson was patrolling the "Tex Mex" lower road, located south of Zacate Creek Wastewater Treatment Facility and west of Slaughter Park. BPA Porter was notified by radio of an illegal alien in his vicinity. BPA Porter exited his marked Border Patrol vehicle to search the area. During the search, BPA Porter encountered Erick Osiel SANCHEZ VASQUEZ (SANCHEZ) running along the road parallel to the Rio Grande River. BPA Porter pursued SANCHEZ on foot into the tall grass between the road and river. BPA Porter gave SANCHEZ lawful orders in Spanish to stop. SANCHEZ did not stop and BPA Porter had to go hands-on to effect the arrest. While securing SANCHEZ's hands, SANCHEZ bit BPA Porter on the right bicep. SANCHEZ continued to resist and required multiple BPAs to apprehend him.
3. On BPA Porter's Body Worn Camera, BPA Porter can be heard shouting "He just bit me!" BPA Porter can also be heard telling an assisting BPA, "He bit me in the arm," and "he bit me in the bicep."
4. BPAs conducted an immigration inspection and learned Defendant is citizen of Guatemala and entered the United States illegally.
5. Laredo South Border Patrol Station provided the FBI with post-arrest situation report which included photographs, to include an image of bite marks on BPA Porter's arm.
6. On August 9, 2026, Sanchez told an interviewing FBI Agent and Task Force Officer he swam across the river into the United States to meet a guide near the train. Within 10 minutes of crossing, Sanchez observed two white vehicles with law enforcement lights flashing. He saw an agent in a green uniform and threw himself to the ground to conceal himself. His phone rang, at which point he was spotted by one of the agents. He took off running and was subsequently detained. As he was being detained, he recalled a border patrol agent hugging him from the back. To escape the agent, he bit the agent on the arm with the hope that the agent would release his grip and Sanchez could swim back across the river to Mexico.

7. Erick Osiel SANCHEZ Vasquez did assault, resist, or impede BPA Porter in performing his official duties as a BPA in violation of Title 18 United States Code Section 111.