UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED
*September 01, 2026*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. **L-26-CR-2741** |
| | § | |
| **ERICK OSIEL SANCHEZ VASQUEZ** | § | |

**JAK**

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

On or about August 9, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ERICK OSIEL SANCHEZ VASQUEZ,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent J.P., and inflicted bodily injury, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

AARON F. REITZ
UNITED STATES ATTORNEY

Manuel A. Cardenas Jr.
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

LAREDO DIVISION NO. L-26-CR-2741

FILE: 26-12878 MAG#: 26-mj-02875
INDICTMENT Filed: September 1, 2026 Judge: JAK

ATTORNEYS:

UNITED STATES OF AMERICA

AARON F. RETIZ, USA
MANUEL A. CARDENAS JR., AUSA

VS.

**ERICK OSIEL SANCHEZ VASQUEZ**

**CHARGE:**

Ct. 1: Assault on a Federal Officer inflicting bodily injury
[18 USC 111(a)(1) and (b)]

**TOTAL COUNTS: 1**

**PENALTY:**

Cts.1: Not More than 20 years confinement and/or $250,000, $100 Special Assessment,
Not More than a 3-year term of Supervised Release