United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 5:26−cr−02741 |
| | § | |
| Erick Osiel Sanchez Vasquez | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

No objection has been received to the Report and Recommendation filed by the United States Magistrate Judge, and the Court finds and holds that it should be adopted.

**IT IS SO ORDERED.**

SIGNED on November 4, 2026.

John A. Kazen
United States District Judge